PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Transferring Court)*
CR-22-02603-001-TUC-JGZ
(LAB)

**DOCKET NUMBER** *(Receiving Court)*
2:25-cr-00222-CDS-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joseph Andrew Montross | District of Arizona | 4: Tucson |

FILED ✓   RECEIVED
ENTERED   SERVED ON
JULY 24 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMj DEPUTY

| NAME OF SENTENCING JUDGE | |
|---|---|
| The Honorable Jennifer G. Zipps, Chief U.S. District Judge | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/11/2023 | TO 4/10/2026 |
|---|---|---|

**OFFENSE**
Violating Title 8, U.S.C. §§1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Transportation of Illegal Aliens for Profit, a Class C Felony offense, as charged in the Information.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The District of Nevada is requesting a transfer of jurisdiction as Joseph Andrew Montross has no intentions of returning to the District of Arizona.

## PART 1- ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Joseph Andrew Montross, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/24/2025
Date

*(signature)*
The Honorable Jennifer G. Zipps
Chief U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2- ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 28, 2025
Effective Date

*(signature)*
United States District Judge Cristina D. Silva